ACOSTA ET AL., DEMANDANTES Y APELANTES, v. DÁVILA, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en pleito sobre reclamación de propiedad e indemnización.

No. 2491.—Resuelto en julio 11, 1922.

REIVINDICACIÓN—PRUEBA—PRESCRIPCIÓN EXTRAORDINARIA.—Cuando en una acción para recobrar una propiedad el demandante deja de probar su título de dueño y, por otra parte, el demandado prueba la posesión por él y sus cau-

santes durante más de treinta y seis años, tiempo por el cual se adquiere el dominio aun sin buena fe ni justo título, la demanda debe ser declarada sin lugar.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. R. Ramírez Vigo y V. M. Fernández.*

Abogado del apelado: *Sr. B. Forés.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Esta apelación ha sido interpuesta por los demandantes contra la sentencia recaída en su pleito después del juicio y por la cual fué declarada sin lugar su demanda. En ésta alegaron los demandantes que son dueños como herederos de sus difuntos padres de dos fincas rústicas radicadas en el barrio de Machuchal, de Sabana Grande, con once cuerdas de terreno una y la otra con ocho, las que está detentando indebidamente el demandado Manuel María Dávila, como heredero de Concepción Saavedra Lagrave, quien la hizo inscribir a su nombre en el registro de la propiedad mediante expediente posesorio que es nulo por no haberse cumplido los requisitos legales, por todo lo que pidieron a la corte que fuera declarado nulo dicho expediente posesorio, que se cancelara su inscripción en el registro de la propiedad y que se condenara al demandado a devolver dichas fincas a los demandantes satisfaciendo además cinco mil dólares en concepto de daños y perjuicios por la retención de las fincas. Negó el demandado los hechos anteriores y haciendo otras alegaciones fué el pleito a juicio y fué dictada la sentencia que ha sido apelada.

La prueba de los demandantes consistió en la declaratoria hecha a su favor en 1920 como herederos de Pedro Acosta Torres y de Iba del Carmen García y García, fallecidos respectivamente en 1910 y 1900, y de los cuales son únicos descendientes legítimos. También dos de ellos se presentaron como testigos y se limitaron a declarar que sus padres eran

dueños de esas dos fincas sin expresar el título de adquisición ni que estuvieran poseyéndolas a su muerte, y habiéndosele preguntado a uno de ellos si sus padres transmitieron esas fincas a alguien, si las vendieron a alguna persona, contestó que "en convenio con doña Concepción Saavedra le pasó la escritura" y preguntado de nuevo qué clase de escritura fué la que pasó contestó que "un contrato que hizo ella de administrarlas él." Esto es todo lo sustancial de esas declaraciones. La demanda fué presentada en 1920 y los demandados presentaron como prueba una certificación del registro de la propiedad creditiva de que desde 1884 se halla inscrita en el registro a nombre de Concepción Saavedra Lagrave la posesión de dichas fincas mediante un expediente posesorio del cual resulta que las compró en el año 1881 a Pedro Acosta y a Iba del Carmen García, que son los padres de los demandantes.

El resultado de toda la prueba es no sólo que los demandantes dejaron de probar el título de dueños que como herederos de sus padres alegaron tener sobre las fincas objeto de la reclamación sino que, por el contrario, la declaración de uno de ellos admite que sus padres traspasaron la finca a Concepción Saavedra Lagrave, de quien es uno de los herederos el demandado Dávila, único demandado, y que a la fecha de la demanda esa posesión tenía más de treinta y seis años, tiempo por el cual se adquiere el dominio aún sin buena fe ni justo título.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la vista de este caso.